**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10498 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01359-PGR |
| v. | |
| JOSEPH FELIX DEHERRERA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted November 13, 2012[**]

Before:     CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Joseph Felix DeHerrera appeals from his guilty-plea conviction and

236-month sentence imposed for abusive sexual contact, in violation of 18 U.S.C.

§§ 1153, 2244(a)(5), and 2246.  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), DeHerrera's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided DeHerrera the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  We dismiss in light of the valid appeal waiver.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**